UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02828-MSK-KLM

| | |
|---|---|
| PICKLES, LLC, a Colorado Limited Liability Company<br>Plaintiff,<br><br>v.<br><br>Tru Protection, Inc.<br>a California corporation<br>Defendant. | )<br>)<br>)<br>)<br>) Notice of Dismissal<br>)<br>)<br>)<br>) |

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiff, by its attorneys Scott L. Terrell, P.C., hereby submits this Notice of Dismissal of the captioned matter, without prejudice.

DATED: 17 April, 2013.            SCOTT L. TERRELL, P.C.

s/Scott L. Terrell
Scott L. Terrell, #17,510
3000 Youngfield St., Ste. 185
Wheat Ridge, CO 80215
Telephone: (303) 279-0705
scott@denverpatentlaw.com
Attorneys for Plaintiff

Plaintiff's Name Address:
Pickles, LLC
375 Shadycroft Dr.
Littleton, CO 80121
(303) 268-1301

1